Kevin E. Gilbert, SBN: 209236
kgilbert@lozanosmith.com
Frances M. Valdez, SBN: 285730
fvaldez@lozanomsith.com
**LOZANO SMITH**
2001 North Main Street, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 953-1620
Facsimile: (925) 953-1625

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT, APOLINAR QUESADA,
GLORIA ANDRES-NEWMAN, THEA HORNER and CHRISTINE GAGE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E.L., a minor, by and through his Parent and Guardian ADRIANA LEON.<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, a public entity; APOLINAR QUESADA, an individual; GLORIA ANDRES-NEWMAN, an individual; THEA HORNER, an individual; CHRISTINE GAGE, an individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 15-cv-05095-JD<br><br>**ORDER (AS MODIFIED) GRANTING DEFENDANTS' REQUEST FOR INDIVIDUAL DEFENDANTS TO BE EXCUSED FROM PERSONALLY APPEARING AT THE MARCH 28, 2016 SETTLEMENT CONFERENCE** |

Order Granting Defs' Request for Ind. Defs Not Personally Appearing at the 3.28.16 Stl Conf [15-cv-05095-JD]

**ORDER (AS MODIFIED)**

Pursuant to Defendants' request, the individually named Defendants, including Defendants Apolinar Quesada, Gloria Andres-Newman, Thea Horner and Christine Gage, are hereby excused from personally appearing at the March 28, 2016 Settlement Conference.  Each of those individuals shall be available via telephone during the duration of the Settlement Conference.  If the Court concludes that the absences of the individually named Defendants, including Defendants Apolinar Quesada, Gloria Andres-Newman, Thea Horner and Christine Gage is interfering with the settlement conference, the Court may continue the Settlement Conference and may order personal attendance by each party including the individually named Defendants Apolinar Quesada, Gloria Andres-Newman, Thea Horner and Christine Gage.

**IT IS SO ORDERED.**

Dated:  March 18, 2016



DONNA M. RYU
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

- 1 -

Order Granting Defs' Request for Ind. Defs Not Personally Appearing at the 3.28.16 Stl Conf [15-cv-05095-JD]

LOZANO SMITH
2001 North Main Street, Suite 500 Walnut Creek, California 94596
Tel 925-953-1620  Fax 925-953-1625