UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. E. L.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No.   15-cv-05095-JD   (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is rescheduled for September 19, 2016 at 10:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.   For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov on Friday, prior to the scheduled hearing date.

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated January 21, 2016 [*See* Docket No. 23].

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
Donna M. Ryu
United States Magistrate Judge